IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CURTIS C. EVANS, #L2500     PLAINTIFF

v.     CAUSE NO. 5:17-cv-106-DCB-MTP

COMMISSIONER PELICIA HALL and
OFFICER EARL UNKNOWN     DEFENDANTS

## ORDER

BEFORE THE COURT is pro se Plaintiff Curtis C. Evans's Motion [8] to Dismiss this case filed on October 19, 2017, Motion [6] for Jury Trial filed September 28, 2017, and Motion [5] evidencing danger filed September 28, 2017. This civil action was dismissed on September 19, 2017. Plaintiff's Motions [5], [6], [8] are deemed moot. Accordingly,

IT IS, HEREBY, ORDERED AND ADJUDGED that Plaintiff's Motion [8] to Dismiss this case, and Motion [6] for Jury Trial, and Motion [5] evidencing danger, filed in this closed civil action are denied as moot.

SO ORDERED, this the 20th day of October, 2017.

                            s/David Bramlette
                            UNITED STATES DISTRICT JUDGE